**2009–2057. N. Royalton City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–M–1421.

**2009–2136. State ex rel. Brown v. Strickland.**
In Mandamus.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2009–1666. State ex rel. Marrero v. Indus. Comm.**
Franklin App. No. 08AP–922, 2009-Ohio-4382.